

FILED
CLERK, U.S. DISTRICT COURT
FEB 22 2021
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Robert Kaufman DEFENDANT(S). | CASE NUMBER 21-MJ-00866 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __2/23/2021__, ____, at __12:30__ ☐ a.m. / ☑ p.m. before the Honorable __J. Chooljian__, in Courtroom __880__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __2/22/2021__            _____
U.S. District Judge/Magistrate Judge